

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2022

No. 04-21-00568-CV

**EDIFIKA INVESTMENTS, LLC** d/b/a Military Village Apartments,
Appellant

v.

**CHAIN & CHAIN CONSTRUCTION, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-14175
Honorable Nicole Garza, Judge Presiding

# O R D E R

Appellee's brief was due by October 6, 2022. On October 5, 2022, appellee filed an unopposed motion requesting a sixty-day extension of time to file its brief. After consideration, we **grant** the motion and **order** appellee to file its brief **by December 5, 2022.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court